IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01990-WYD

PAUL R. VIGIL,

     Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security Social Security Administration,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     On September 23, 2015, Plaintiff filed the following documents with the Court: (1) Proposed Joint Case Management Plan (ECF No. 13); (2) Consent to Jurisdiction of Magistrate Judge (ECF No. 14); and (3) Motion for U.S. Marshal Service to Serve on Defendants (ECF No. 15).  The Proposed Joint Case Management Plan and the Consent form are hereby **STRICKEN** from the record for failure of the Plaintiff to confer with the Defendants and file documents with both parties' signatures.  Further, the motion requesting the U.S. Marshal Service to serve this matter on the Defendants is **DENIED AS MOOT.**  The Clerk of the Court properly served this matter on the Defendants.  (ECF No. 8).

     Dated:  September 24, 2015