IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01990-WYD

PAUL R. VIGIL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 37), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the Commissioner is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will direct the administrative law judge (ALJ) to allow Plaintiff the opportunity for a new hearing and to submit new relevant medical evidence.  The ALJ will evaluate all opinion evidence of record and will explain the weight provided to each opinion with citations to record evidence that supports the weight assigned.  The ALJ will re-evaluate Plaintiff's work as a customer service representative to determine whether that work meets all the requirements of past relevant work.  The ALJ will also obtain supplemental vocational expert evidence

regarding Plaintiff's past relevant work and to determine whether Plaintiff has any skills from past relevant work that would transfer to sedentary work. The ALJ will proceed through the sequential evaluation process as necessary to issue a de novo decision.

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: December 7, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE